UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

WILSON OROZCO-MARTINEZ,

        Petitioner,          Case No. 1:25-cv-1353

v.           Honorable Jane M. Beckering

ROBERT LYNCH et al.,

        Respondents.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is conditionally **GRANTED** as set forth herein.

**IT IS FURTHER ORDERED** that Respondents are directed to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within five business days of the date of this Order or, in the alternative, immediately release Petitioner from custody.

**IT IS FURTHER ORDERED** that within six business days of the date of this Order, Respondents shall file a status report with the Court to certify compliance with the Court's Opinion and Judgment. The status report shall include if and when the bond hearing occurred, if bond was granted or denied, and if bond was denied, the reasons for the denial.

**IT IS FURTHER ORDERED** that Attorney General Pamela Bondi is **DISMISSED** as a Respondent to these proceedings.

Dated:    November 19, 2025          /s/ Jane M. Beckering
                                                            Jane M. Beckering
                                                            United States District Judge